**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Newnan Division
18 Greenville Street
P.O. Box 2328
Newnan, GA 30264

www.ganb.uscourts.gov

In Re:

**Warrick Markeith Tadlock**

**Montrese Dinese Tadlock**

Case No.: **10–11979–whd**
Chapter: **7**
Judge: **W. Homer Drake**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**
**From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self–employed or other explanation. (for debtor)

Pro Se Affidavit
Dated: 5/26/10

M. Regina Thomas
Clerk of Court

Form 430

By: Gina White
    Deputy Clerk