AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE.    PLEASE PRINT

Filed in U.S. Bankruptcy Court
Newnan, Georgia

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUL 0 8 2010

M. Regina Thomas, Clerk

Warrick Tadlock/Montrese Tadlock
_____
NAME OF DEBTOR(S)

CASE NO. 10-11979-whd

_____
Deputy Clerk

1704 Cobble Stone
_____
ADDRESS

TELEPHONE NO. 910-778-6368

Fayetteville, GA 30215
_____
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:    YES ☑    NO ☐**

If someone did assist you, list their name and address:

Cherill Franson
_____
NAME

223 East Ashbrook Circle
_____
ADDRESS

Midvale, UT 84047                        801-837-2237
_____       _____
CITY, STATE, ZIP CODE                    TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:    YES ☑    NO ☐    IF "YES", HOW MUCH ($ 149.00 )**

Have you filed a bankruptcy case in the past?
**ANSWER:    YES ☐    NO ☑**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

Montrese Tadlock
_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 6 day of July, 2010

Shirley C. Copeland
_____        _____
NOTARY PUBLIC                             DEPUTY CLERK

*SHIRLEY C. COPELAND*
*NOTARY*
*EXPIRES*
*GEORGIA*
*AUG 18, 2013*
*PUBLIC*
*FAYETTE COUNTY*

*F61 (psafdt) 04/04*

AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.

Filed in U.S. Bankruptcy Court
Newnan, Georgia

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUL 0 8 2010

M. Regina Thomas, Clerk

Warrick Tadlock/Montrese Tadlock
NAME OF DEBTOR(S)

CASE NO. 10-11979-whd

Deputy Clerk

1704 Cobble Stone
ADDRESS

TELEPHONE NO. 910-778-6368

Fayetteville, GA 30215
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:   YES ☒     NO ☐**

If someone did assist you, list their name and address:

Cherill Franson
NAME

223 East Ashbrook Circle
ADDRESS

Midvale, UT 84047                           801-837-2237
CITY, STATE, ZIP CODE                       TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:   YES ☒   NO ☐   IF "YES", HOW MUCH ($ 149.00 )**

Have you filed a bankruptcy case in the past?
**ANSWER:   YES ☐     NO ☒**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 6 day of July, 2010

_____          _____
NOTARY PUBLIC                             DEPUTY CLERK

[Notary Seal: SHIRLEY C. COPELAND, NOTARY PUBLIC, FAYETTE COUNTY, GEORGIA, EXPIRES AUG 18, 2013]

F61 (psafdp)04/04