**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Newnan Division**

In Re: Debtor(s)
**Warrick Markeith Tadlock**

**Montrese Dinese Tadlock**

Case No.: **10–11979–whd**
Chapter: **7**

# ORDER OF DISMISSAL IN CHAPTER 7 CASE

On May 26, 2010 , the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments. Debtor has failed to pay timely the balance of the filing fee. Debtor was notified of this deficiency and allowed additional time to make the payment.

It now appears from the records of the Clerk that Debtor has failed to pay timely the balance of the filing fee. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, counsel for Debtor, any trustee, and all creditors.

**SO ORDERED,** on October 20, 2010 .

W. Homer Drake
United States Bankruptcy Judge

Form 306f7